AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

USA

v.

Edwin Cruz-Lopez

APPEARANCE

CASE NUMBER: 1:08MJ119M

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Edwin Cruz-Lopez

I certify that I am admitted to practice in this court.

8/15/08
*Date*

*Signature*

J. Crowell
*Print Name*

1993
*Bar Number*

128 Dorrance St
*Address*

Prov
*City*

RI
*State*

02903
*Zip Code*

272-6600
*Phone Number*

274-0175
*Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.