AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
U.S. MARSHALS SERVICE
AUG 08 2008
RHODE ISLAND

# United States District Court

DISTRICT OF District of Rhode Island

UNITED STATES OF AMERICA

V.

EDWIN CRUZ-LOPEZ

## WARRANT FOR ARREST

CASE NUMBER: 1:08MJ119M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest EDWIN CRUZ-LOPEZ
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☑ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Conspiring to Distribute 500 grams or more of a mixture and substance containing a detectable amoutn of cocaine

in violation of Title 21 United States Code, Section(s) 841(a),(b)(1)(B), and 846

David L. Martin

Name of Issuing Officer

DAVID L. MARTIN

Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE

Title of Issuing Officer

8-8-08 PROVIDENCE, RHODE ISLAND

Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at ACI on Writ, returned to ACI | | |
| DATE RECEIVED 08/08/08<br>DATE OF ARREST 08/15/08 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |

This form was electronically produced by Elite Federal Forms, Inc.