AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

United States

v.

Edwin Cruz Lopez

APPEARANCE

CASE NUMBER: 08-MJ 119 M

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the Defendant

I certify that I am admitted to practice in this court.

8/25/08
*Date*

Jeffrey B. Pine
*Signature*

*Print Name* — 2278 *Bar Number*

321 S. Main St.
*Address*

Prov. RI 02903
*City* *State* *Zip Code*

351-8200 351-9032
*Phone Number* *Fax Number*

This form was electronically produced by John Bichells and Richard Jones using Omniform Internet Publisher.