FILED

SEP 0 3 2008

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Cr. No. CR 08 82-01S |
| | ) | |
| | ) | |
| Vs. | ) | In violation of 21 U.S.C. § 846 |
| | ) | |
| ✓ EDWIN CRUZ-LOPEZ | ) | |
| FRANCISCO ORTIZ-MERCED | ) | |

INDICTMENT

The Grand Jury charges that:

COUNT I

From a time unknown up to and including on or about July 25, 2008, in the District of Rhode Island and elsewhere, the defendants, EDWIN CRUZ-LOPEZ and FRANCISCO ORTIZ-MERCED, did knowingly, intentionally, and wilfully combine, conspire, confederate, and agree between and among themselves and with persons unknown to the Grand Jury, to knowingly and intentionally distribute and to possess with intent to distribute five hundred grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B);

all in violation of 21 U.S.C. § 846.

COUNT II

On or about July 25, 2008, in the District of Rhode Island, the defendants, EDWIN CRUZ-LOPEZ and FRANCISCO ORTIZ-MERCED, did knowingly and intentionally attempt to possess with intent to distribute five hundred grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B) and 18 U.S.C. § 2;

all in violation of 21 U.S.C. § 846.

A TRUE BILL:

REDACTED

ROBERT CLARK CORRENTE
United States Attorney

Stephen G. Dambruch
Assistant U.S. Attorney

Kenneth P. Madden
Senior Litigation Counsel

Dated: 09/03/2008