CR 08 82-02S

PER 18 U.S.C. 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: ☐ INFORMATION ☒ INDICTMENT ☐ COMPLAINT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile

☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT
DISTRICT OF Rhode Island
Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: ROBERT CLARK CORRENTE
☐ U.S. Atty ☐ Other U.S. Agency
Phone No. (401) 709-5000

Name of Asst. U.S. Attorney (if assigned): STEPHEN G. DAMBRUCH

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
Alcohol, Tobacco, Firearms and Explosives

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

SHOW DOCKET NO.

☑ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

~~MAG. JUDGE~~ CASE NO.
1:08-MJ-~~[illegible]~~A 119M

Place of offense: RHODE ISLAND County

CASE NO.

USA vs.

Defendant: EDWIN CRUZ-LOPEZ

Address

REDACTED

☐ Ir

Birth Date

able)

Social

Issue: ☑ Warrant ☐ Summons

Location Status:

Arrest Date 7/25/2008 or Date Transferred to Federal Custody

☐ Currently in Federal Custody
☑ Currently in State Custody
☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any):

☐ FPD ☐ CJA ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts 2

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| | Count 1&2 - 21 USC 841(a)(B0(1)(B) and 846 | Drug Trafficking | ☒ Felony ☐ Misdemeanor |
| | 5-40 Years Imprisonment; $2,000,000 fine | | ☐ Felony ☐ Misdemeanor |
| | 4 years to life supervised release; and | | ☐ Felony ☐ Misdemeanor |
| | $100 special assessment | | ☐ Felony ☐ Misdemeanor |
| | Estimated Trial Days: 3 | | ☐ Felony ☐ Misdemeanor |